IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONDELLTE FRAZIER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD; THE JOINT VENTURE MANHATTAN/BYRNE/JRT/3i; WELLS GLOBAL, LLC; EAS CONTRACTING, LP; HAYDON BUILDING CORP.; PHILLIPS/MAY CORPORATION; AND BALFOUR BEATTY CONSTRUCTION CORPORATION<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 3:16-cv-02657-M |

DEFENDANT'S DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1(a) and LR 3.1(c), Defendant Balfour Beatty Construction, LLC[1] ("Defendant") makes the following disclosures:

1. Defendant's parent company is Balfour Beatty, plc, a public limited company. No other publicly held corporation owns 10% or more of Defendant's stock.

2. The following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

    (a) Balfour Beatty Construction, LLC;

---

[1] Balfour Beatty Construction Corporation is an improperly named party to this litigation. Balfour Beatty Construction, LLC did not employ Plaintiff as an employee or engage Plaintiff as an independent contractor.

(b)   BARA, a joint venture – the entities in BARA are Balfour Beatty Construction, LLC, Azteca Enterprises, Inc., H.J. Russell & Company, and CARCON Industries;

(c)   Dallas/Fort Worth International Airport Board;

(d)   The Joint Venture Manhattan/Byrne/JRT/3i;

(e)   Wells Global, LLC;

(f)   EAS Contracting, LP;

(g)   Haydon Building Corp.;

(h)   Phillips/May Corporation;

(i)   All persons and entities listed on (i) the Court's docket and (ii) Certificates of Interested Parties filed by another party in this lawsuit.

Dated: October 19, 2016  Respectfully submitted,

*/s/ Jennifer A. Youpa*
Jennifer A. Youpa
Texas Bar No. 01383400
jyoupa@littler.com
Kimberly R. Miers
Texas Bar No. 24041482
kmiers@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
214.880.8100
214.880.0181 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On October 19, 2016, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Electronic Case Filing system of the Court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

*/s/ Jennifer A. Youpa*
Jennifer Youpa

Firmwide:143362107.1 086340.1001