IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RONDELLTE FRAZIER, Individually and on behalf of all others similarly situated,** | § § § § | |
| Plaintiff, | § § | NO. 3:16-cv-02657-S |
| vs. | § § | |
| **DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD,** | § § § § | |
| Defendant. | § § § | |

## JOINT MOTION TO EXTEND MEDIATION DEADLINE

Plaintiff Rondellte Frazier ("Plaintiff") and Defendant Dallas/Fort Worth International Airport Board ("Defendant") hereby file this Joint Motion to Extend Mediation Deadline and would show the Court as follows:

1. The Parties' current deadline to complete mediation is June 12, 2018. [Doc. 117].

2. However, the Parties desire a productive mediation and agree that mediation will not be fruitful until third-party discovery related to the Plaintiff's and Opt-In Plaintiffs' hours worked for the Companies[1] is received.[2]

3. Plaintiff is preparing and will send subpoenas to the Companies and expects to receive the requested documents before the end of July.

4. The Parties have scheduled mediation with Cecilia Morgan on August 10, 2018.

5. This request is not sought for delay, but so that justice may be done.

The Parties, therefore, respectfully request the Court extend the deadline for mediation

---

[1] Wells Global, LLC ("Wells Global"), EAS Contracting, LP ("EAS"), Phillips/May Corporation ("Phillips"), Balfour Beatty Construction Corporation ("Balfour"), and the joint venture of Manhattan/Byrne/JRT/3i ("MBJ3").
[2] Plaintiff argues that Defendant owes him and the Opt-In Plaintiffs overtime for hours worked for the Companies.

**JOINT MOTION TO EXTEND MEDIATION DEADLINE - 1**

until August 24, 2018.

                                                    Respectfully submitted,

| | |
|---|---|
| */s/Chris R. Miltenberger (w/permission)* | */s/ Saba H. Alvi* |
| Chris R. Miltenberger | Kimberly R. Miers |
| Texas State Bar No. 14171200 | Texas State Bar No. 24041482 |
| | kmiers@littler.com |
| The Law Office of Chris R. Miltenberger, PLLC | Lauren B. Timmons |
| 1340 N. White Chapel | Texas State Bar No. 24093265 |
| Suite 100 | ltimmons@littler.com |
| Southlake, TX 76092-4322 | Saba H. Alvi |
| 817-416-5060 | Texas Bar No. 24082324 |
| 817-416-5062 (Fax) | salvi@littler.com |
| chris@crmlawpractice.com | |
| | LITTLER MENDELSON, P.C. |
| **ATTORNEY FOR PLAINTIFF** | A Professional Corporation |
| | 2001 Ross Avenue |
| | Suite 1500, Lock Box 116 |
| | Dallas, TX  75201.2931 |
| | 214.880.8100 |
| | 214.880.0181 (Fax) |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

**JOINT MOTION TO EXTEND MEDIATION DEADLINE - 2**

## CERTIFICATE OF SERVICE

On June 11, 2018, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, Dallas Division, using the Electronic Case Filing system of the Court.  I hereby certify that I have served all counsel of record electronically as follows:

Chris R. Miltenberger
The Law Office of Chris R. Miltenberger, PLLC
1340 N. White Chapel
Suite 100
Southlake, TX 76092-4322

                                            */s/  Saba H. Alvi*
                                            Saba H. Alvi

Firmwide:155203323.1 086340.1002