IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Frazier et al., Rondellte vs. Dallas/Fort Worth International Airport Board**

2. Civil action number: **3:16-CV-02657-S**

3. Nature of the suit: **employment**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **January 22, 2020**

6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR

    ☒ Settled as a result of ADR.   ☐ Parties were unable to reach settlement
    Subject to DFW Board Approval

7. What was your TOTAL fee: **$3,710.00**

8. Duration of ADR: **four (4) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff).
   Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Cecilia H. Morgan
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

    _[signature]_   1/23/20
    Signature        Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Chris Miltenberger Esq.
L/O Chris R. Miltenberger, PLLC
1340 N. White Chapel Blvd.,
Suite 100
Southlake, TX   76092
Tel: 817-416-5060

Greg P. McAllister Esq.
Littler Mendelson
2001 Ross Ave.
Suite 1500   Lockbox 116
Dallas, TX   75201
Tel: 214-880-8197

Rondellte Frazier, Plaintiff
Elaine F. Rodriguez with Defendant
Olie Malone with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

_____
Judy Stephenson, Case Manager