IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RONDELLTE FRAZIER**, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>**DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD**,<br><br>　　Defendant. | § § § § § § § § § § § § § § | NO. 3:16-cv-02657-S |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**RONDELLTE FRAZIER** ("Plaintiff"), on behalf of opt-in Plaintiff **Bless Azalumatu** and **DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD** ("Defendant") file this Agreed Stipulation of Dismissal with Prejudice, and in support thereof would show the Court as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Opt-In Plaintiff Bless Azalumatu is exercising his right to dismiss his complaint (and only his complaint) against Defendant. Plaintiff dismisses his claims against Defendant with prejudice to the re-filing of same;

2. Plaintiff and Defendant agree and stipulate that the dismissal by Opt-In Plaintiff Bless Azalumatu has no effect on and does not encompass the remaining Plaintiffs; and

3. Each party shall bear his/their own costs.

**AGREED AS TO SUBSTANCE AND FORM:**

| | |
|---|---|
| */s/ Chris R. Miltenberger*<br>**Chris R. Miltenberger**<br>Texas Bar No. 14171200<br>chris@crmlawpractice.com<br><br>**THE LAW OFFICE OF CHRIS MILTENBERGER, PLLC**<br><br>1360 N. White Chapel, Suite 200<br>Southlake, Texas 76092<br>Telephone: (817) 416-5060<br>Facsimile: (817) 416-5062<br><br>Designated as Lead Counsel<br><br>**ATTORNEY FOR PLAINTIFFS** | /s/ Greg McAllister (w/permission)<br>**Greg McAllister**<br>Texas State Bar No. 24071191<br>GMcAllister@littler.com<br><br>**LITTLER MENDELSON, P.C.**<br>A Professional Corporation<br><br>2001 Ross Avenue<br>Suite 1500, Lock Box 116<br>Dallas, TX 75201.2931<br>214.880.8100<br>214.880.0181 (Fax)<br><br>**ATTORNEYS FOR DEFENDANT** |

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020 a copy of the foregoing document was filed with and served on all parties in accordance with the Federal Rules of Civil Procedure, via CM/ECF.

*/s/ Chris R Miltenberger*
Chris R. Miltenberger